UNITED STATES DISTRICT COURT
DISTRICT COURT OF PUERTO RICO

**GLORIA IVETTE GONZALEZ SANTIAGO,**    **CIVIL NO. 04-1371(DRD)**
    Plaintiff
v.

**DEYA ELEVATOR SERVICES, INC., et als.,**
    Defendant

**JUDGMENT BY STIPULATION
PURSUANT TO FED.R.CIV.P. 41(a)(1)(ii)**

    Plaintiff and Defendants advise the Court that they have entered into a private Confidential Settlement and General Release Agreement Without Admission of Liability. The parties further move the Court to dismiss with prejudice the Complaint filed in the above captioned case without the imposition of costs, expenses or attorney's fees.

    The Court hereby **DISMISSES WITH PREJUDICE** all claims against the defendants pursuant to the settlement agreement.

This case is closed.

    **IT IS SO ORDERED**.

**Date**:    **June 16, 2005**

S/ Daniel R. Domínguez
**DANIEL R. DOMINGUEZ**
**U.S. District Judge**